UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CARL MOORE,

     Plaintiff,                       Case No. 3:23-cv-113

vs.

PEACH'S GRILL, INC.,             District Judge Michael J. Newman
                                    Magistrate Judge Peter B. Silvain, Jr.

     Defendant.

---

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE PETER B. SILVAIN, JR.

---

     Upon the unanimous consent of the parties, this civil case is referred to United States Magistrate Judge Peter B. Silvain, Jr. to conduct all further proceedings, including the entry of final judgment and all post-judgment proceedings, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Doc. No. 11 at PageID 80. Appeal, if any, will be submitted directly to the United States Court of Appeals for the Sixth Circuit.

     **IT IS SO ORDERED.**

June 14, 2023                                 s/Michael J. Newman
                                             Hon. Michael J. Newman
                                           United States District Judge